COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

| | |
|---|---|
| Appellate case name: | Mark Kentrell Cheatham, Sr., Luella Miller, Mark Cheatham, Jr. and Lacy Reese v. Michael A. Pohl, Law Offices of Michael Pohl, PLLC, Robert Ammons, The Ammons Law Firm, LLP, Donalda Pohl, Edgar Jaimes, and Helping Hands Financing, LLC |
| Appellate case number: | 01-20-00046-CV |
| Trial court case number: | 2017-41110 |
| Trial court: | 55th District Court of Harris County |
| Date motion filed: | September 29, 2022 |
| Party filing motion: | Appellees, Robert Ammons and The Ammons Law Firm, LLP |

Appellees, Robert Ammons and The Ammons Law Firm, LLP, move for rehearing. It is ordered that the motion for rehearing is **denied**.

Judge's signature: _____/s/ Sarah Beth Landau _____
                            Acting for the Court

Panel consists of: Justices Kelly, Landau, and Hightower.

Date: _December 6, 2022_____